IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **RUSSELL BROWNING,** ) | Civil Action No. 7:11cv00372 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **FINAL ORDER** | |
| ) | | |
| **RANDALL C. MATHENA,** ) | By: Norman K. Moon | |
| Defendant. ) | United States District Judge | |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED AND ORDERED**

that Browning's request to proceed in forma pauperis is **GRANTED**, this action shall be and hereby is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 17th day of August, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE